# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **TERRENCE MACK** (N-95539), | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17 C 3302 |
| **CITY OF CHICAGO**, et al., | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Counsel for defendant City of Chicago has timely filed a statement on behalf of itself and its employees and agents that confirms their intention, and their intent not to waive or forfeit the right, to assert a statute of limitations bar against the Complaint brought against them by prisoner plaintiff Terrence Mack (a subject that has been dealt with by this Court in its May 5 memorandum order). Accordingly this action by Terrence Mack is ordered dismissed as barred by limitations.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 26, 2017